236 So.2d 32

Succession of Stephen J. SLAVICH, Sr.

No. 50575.

June 8, 1970.

Writ refused. There is no error of law in the judgment.

236 So.2d 32

Juanita Bridges PREJEAN, et al.

v.

The HANOVER INSURANCE COMPANY.

No. 50579.

June 8, 1970.

Writ refused. The result is correct.

236 So.2d 32

Joe TAYLOR

v.

CITY OF BATON ROUGE et al.

No. 50578.

June 8, 1970.

Writ refused. On the facts found by the Court of Appeal, we find no error of law in its judgment.